IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TGH2 LLC,

Plaintiff,

v.

SOUTHERN TRUCK LEASING LLC, AKL TRANSPORT LLC, and KRIS LUNSFORD,

Defendants.

Case No.:

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants AKL Transport LLC and Southern Truck Leasing LLC (collectively, "Removing Defendants"), with full reservation of all defenses and within the time prescribed by law, file this Notice of Removal and respectfully show this Court the following:

1.

Plaintiff TGH2, LLC[1] filed a suit against Defendants AKL Transport LLC, Southern Truck Leasing LLC, and Kristopher Lunsford in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. That suit, which bears the same style as this action, was assigned Case No. 2026-CA-000377-O (the "State Court Action"). Orange County is in the Middle District of this Court. Venue is proper in

[1] On information and belief, Plaintiff TGH2, LLC is incorrectly named in the style as its correct name contains a comma.

the Orlando Division of this Court pursuant to 28 U.S.C. § 1441(a), because actions are removable from the state court "to the district court of the United States for the district and division embracing the place where such action is pending." *Global Satellite Commun. Co. v. Starmill U.K. LTD*, 378 F.3d 1269, 1271 (11th Cir. 2004) (quoting 28 U.S.C. § 1441(a)). Plaintiff seeks a sum in excess of $75,000.00, exclusive of interest and costs, in the State Court Action. (*See* Compl., State Court Action ¶ 6.).

2.

Defendants AKL Transport LLC and Southern Truck Leasing LLC are both single-member entities formed in Georgia. Each entity has a sole member, Kristopher Lunsford, who is a citizen and resident of the state of Georgia. No Defendant is a citizen of the state of Florida, and no Defendant was a citizen of the state of Florida on the date of filing of the State Court Action or since. (*See also* Compl., State Court Action ¶¶ 4-6 (identifying each Defendant as a Georgia citizen).)

3.

Plaintiff TGH2, LLC is a Florida liability company whose member is a citizen and resident of Florida, and has been a citizen of Florida at all relevant times.

4.

Defendants AKL Transport LLC and Southern Truck Leasing LLC were served in the State Court Action. Service was not made on Defendant Krisopher Lunsford. Specifically, AKL Transport LLC was served on February 12, 2026. Defendant Southern Truck Leasing LLC was served on January 23, 2026. In the State Court Action, counsel for Plaintiff and counsel for Defendants AKL Transport LLC and

Southern Truck Leasing LLC agreed to extend the deadline within which these Removing Defendants must file a motion or responsive pleading through and including March 5, 2026.

5.

This Court has original jurisdiction under 28 U.S.C. § 1332, and, accordingly, is one which may be removed to this Court by Defendants AKL Transport LLC and Southern Truck Leasing LLC pursuant to 28 U.S.C. § 1441(b). The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of a State and citizens of foreign states.

6.

This Notice of Removal is filed within thirty (30) days of the date of service upon each of Defendant AKL Transport LLC and Defendant Southern Truck Leasing LLC.

7.

Because diversity of citizenship exists as between Plaintiff and Defendants and the amount in controversy exceeds the jurisdictional minimum, removal is proper under §§ 1332 and 1441.

8.

Pursuant to 28 U.S.C. § 1446 and Local Rule 1.06(b), Removing Defendants attach to this Notice of Removal a copy of the State Court docket and all process, pleadings, and orders and other papers or exhibits, presently on file in the State Court Action. *See* **Composite Exhibit A**.

9.

Because Kristopher Lunsford has not been served with process, his consent is not required for removal. *See* 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.").

10.

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served on Plaintiff's counsel. Concurrent with the service of this Notice of Removal, Removing Defendants will file and serve a Notice of Filing the Notice of Removal, including a true and correct copy of the Notice of Removal, with the Clerk of Court of the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida. *See* **Exhibit B**.

11.

Removing Defendants reserve all defenses for their responsive pleading and/or Rule 12 motion.

12.

The undersigned counsel is authorized by Removing Defendants to file this Notice of Removal and is licensed in the State of Florida and is a member of the Bar of this Court.

**WHEREFORE**, Removing Defendants pray that this case be removed to the United States District Court for the Middle District of Florida, Orlando Division.

This 23rd day of February, 2026.

Respectfully submitted,

**MCDONALD TOOLE RICHMAN & CORRENTI, P.A.**

*/s/Courtney M. King*
COURTNEY M. KING, ESQ.
Lead Counsel
Florida Bar No. 0069389
**MCDONALD TOOLE RICHMAN & CORRENTI, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
*Attorneys for Defendants,*
*Southern Truck Leasing LLC and AKL Transport LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2026, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Tucker H. Byrd, Esq., Lina M. Lopez, Esq., and Katie R. Gallagher, Esq., Byrd Campbell, P.A., 180 Park Avenue North, Suite 2A, Winter Park, FL 32789; TByrd@ByrdCampbell.com; LLopez@ByrdCampbell.com; and KRGallagher@ByrdCampbell.com *(Attorneys for Plaintiff).*

*/s/Courtney M. King*
COURTNEY M. KING, ESQ.
Lead Counsel
Florida Bar No. 0069389
RACHEL MURREL KARDEN, ESQ.
Florida Bar No. 1044193
**MCDONALD TOOLE RICHMAN & CORRENTI, P.A.**

111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
TGH2vSouthernTruck@mtrclegal.com
cking@mtrclegal.com
rkarden@mtrclegal.com
*Attorneys for Defendants,*
*Southern Truck Leasing LLC and AKL Transport LLC*