# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TGH2 LLC,**

**Plaintiff,**

**v.** **Case No: 6:26-cv-00422-AGM-DCI**

**SOUTHERN TRUCK LEASING LLC, AKL TRANSPORT LLC, and KRIS LUNSFORD,**

**Defendants.**

______________________________________/

## ORDER

Pending before the Court are a Motion to Dismiss filed by Southern Truck Leasing LLC (STL) and AKL Transport LLC (AKL) (Doc. 49, the Motion to Dismiss) and Motions for Clerk's Entry of Default filed by TGH2 LLC (Plaintiff). Docs. 65, 66. Plaintiff has filed a Second Amended Complaint against STL, AKL, and Lunsford (collectively Defendants) for fraud, breach of contract, and breach of fiduciary duty. Doc. 44. STL and AKL, through counsel, filed the Motion to Dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). Doc. 49. Even so, Plaintiff moves for Clerk's entry of default against the entities pursuant to Federal Rule of Civil Procedure 55(a). Doc. 65.

On October 16, 2026, the Court conducted a hearing on Defendants' attorneys' motion to withdraw as counsel, but a representative for STL or AKL failed to appear in violation of the Court's directive. Docs. 58, 63. For the reasons stated at the hearing, the Court entered an order granting the request to withdraw, cautioned STL and AKL that business entities cannot proceed in this Court without counsel, and gave new counsel until October 30, 2026 to appear for the entities. Doc. 63. The Court also permitted Plaintiff to file a motion for Clerk's entry of default if new

counsel did not appear. *Id.* at 2. The Court directed withdrawing counsel to serve the Court's Order upon Defendants and file a notice of compliance with that directive, and counsel did so. *See* Docs. 63; 64.

New counsel for STL and AKL has not appeared on their behalf, and the time for doing so has elapsed. Accordingly, although STL and AKL initially filed the Motion to Dismiss, the entities have failed to otherwise defend the case and, therefore, have defaulted pursuant to Rule 55(a). Further, those entities may not proceed in this case without counsel. *See* Local Rule 2.02(b)(2).

Further, Plaintiff has filed a separate Motion for Clerk's Entry of Default against Lunsford. Doc. 66. In the Order allowing withdrawal of counsel, the Court directed Lunsford to show cause why the Court should not sanction him for his failure to appear at the October 16, 2026 hearing as directed. Doc. 63. The Court warned Lunsford that the failure to appear may result in the entry of default or other sanction. *Id.* Lunsford, who now proceeds *pro se*, did not file a response to the order to show cause, and the allotted time to do so expired. Accordingly, Plaintiff contends that Lunsford's conduct constitutes a failure to "otherwise defend" and moves for Clerk's entry of default pursuant to Rule 55(a). Doc. 66. The Court agrees that relief is warranted.[1]

---

[1] Also, although not the subject of the Motion for Default against Lunsford, the Court notes that Lunsford, through counsel, filed a Notice of Joinder in STL and AKL's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 10(c). Doc. 55 (the Notice of Joinder). Even though Plaintiff filed a Notice of Non-Objection to the Notice of Joinder (Doc. 56), Rule 10(c) does not permit joinder into a motion. *See* Fed.R.Civ.P. 10(c) ("A statement in a **pleading** may be adopted by reference elsewhere in the same pleading or in any other pleading or motion.") (emphasis added). Further, the Court prohibits the adoption by reference. *See* Local Rule 3.01(h) ("A motion, other legal memorandum, or brief may not incorporate by reference all or part of any other motion, legal memorandum, or brief"). As such, Lunsford has not filed an appropriate response to the Second Amended Complaint.

Based on the foregoing, it is **ORDERED** that:

1. Plaintiff's Motions for Clerk's Default against STL and AKL (Doc. 65) and Lunsford (Doc. 66) are **GRANTED**, and the Clerk is directed to enter default against all Defendants pursuant to Rule 55(a); and
2. STL and AKL's Motion to Dismiss (Doc. 49) is, therefore, **DENIED as moot**.

Ordered in Orlando, Florida on November 23, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties